UNITED STATES DISTRICT COURT

Northern District of California

MELANIE O'REILLY,

              Plaintiff(s),            No. C 09-03580 MEJ

  v.

VALLEY ENTERTAINMENT INC.,     **ORDER CONTINUING CMC**

              Defendant(s).

_____/

The Court is in receipt of Plaintiff's separate Case Management Statement, filed December 10, 2009. (Dkt. #10.) As it appears that Plaintiff's amended complaint has not been served on all defendants, the Court finds a case management conference premature at this time and hereby CONTINUES the c.m.c. to February 4, 2009 at 10:00 a.m. All case management deadlines are continued accordingly. Plaintiff shall ensure that all parties have been served with the amended complaint with sufficient time to allow for the filing of responsive pleadings and a joint case management statement prior to the conference.

**IT IS SO ORDERED.**

Dated: December 11, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge