**STEPHEN F. HENRY, ESQ.**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@SHenrylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE O'REILLY, an individual, | Case No. 09-03580 CW (DMR) |
| Plaintiff, | PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF UNDER LOCAL RULE 7-11 TO EXTEND DATE FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |
| vs. | |
| VALLEY ENTERTAINMENT INC, a corporation, ST. CLAIR ENTERTAINMENT GROUP INC., a corporation and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |

    Plaintiff's counsel requests the following Administrative Relief pursuant to Local Rule 7-11: A continuation of the December 21, 2010 Case Management Conference.

    Plaintiff seeks a one month continuance of the Case Management Conference.  Plaintiff has just been ordered to provide additional information to the Court with respect to Plaintiff's Motion for Default Judgment.  That information is due to the Court on December 23, 2010.  Therefore, there will be nothing outside of what is contained in the Court's docket to report to the Court at the Case Management Conference set for December 21, 2010.

Dated: October 5, 2010

                                        STEPHEN F. HENRY, ESQ.

                                        By: /s/Stephen Henry
                                        STEPHEN F. HENRY
                                        Attorneys for Plaintiff

1  ORDER

2  Plaintiff's counsel requested the following Administrative Relief pursuant to Local Rule
3  7-11: A continuation of the December 21, 2010 Case Management Conference.
4  IT IS ORDERED THAT:
5  The December 21, 2010 Case Management Conference is continued to  January 25   ,
6  2011, at   2:00   a.m./p.m.

7  Dated:  12/16/2010
8

By: /s/ Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE

Administrative Motion                           2                CASE NO. 09-03580 CW (DMR)