United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE O'REILLY, | No. C-09-03580-CW (DMR) |
| Plaintiff, | **SUPPLEMENTAL REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| VALLEY ENTERTAINMENT, INC., et al., | |
| Defendants. | |
| _____/ | |

On January 18, 2011, Plaintiff filed a Response to the Report and Recommendation on Plaintiff's Motion for Default Judgment issued by this Court on January 4, 2011. *See* Docket No. 65.

The Court has considered Plaintiff's submission and finds that Plaintiff was given ample opportunity to submit her evidence in support of her Motion for Default. Specifically, the Court notes that Plaintiff made three supplemental submissions to the Court. *See* Docket No. 49; Docket No. 54; Docket No. 62. Counsel is expected to make appropriate presentations of evidence to the Court, rather than count upon successive opportunities to fix deficiencies. As described in this Court's January 4, 2011 Report and Recommendation, the Evers Declaration was so vague and devoid of information supporting Mr. Evers' qualifications as an expert that it could not be considered. In this regard, the Court underscores that although the factual contentions of the operative complaint must be accepted as true when determining the liability of a defaulting

defendant, this rule does not apply to statements regarding damages. *Geddes v. United Financial Group*, 559 F.2d 557, 560 (9th Cir. 1977). A plaintiff must establish damages in default proceedings, and a court may not rely on bare assertions but must ensure the propriety of the damages sought. *See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp.*, 109 F.3d 105, 111 (2d Cir. 1997).

Therefore, given the multiple opportunities already provided to Plaintiff to present her evidence, the Court recommends that Plaintiff not be given further opportunity to correct the deficiencies in the Evers Declaration.

Dated: January 19, 2011

DONNA M. RYU
United States Magistrate Judge

2