IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE O'REILLY,<br><br>      Plaintiff,<br><br>  v.<br><br>VALLEY ENTERTAINMENT, INC., et al.,<br><br>      Defendants.<br>                                     / | No. C 09-3580 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT |

    The Court has reviewed the Magistrate Judge's Report and Recommendation Re Motion for Default Judgment.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED.  The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated: 2/16/2011

                                         CLAUDIA WILKEN<br>
                                         United States District Judge